TOWNSHIP OF FRANKLIN, COUNTY OF HUNTERDON v. BOARD OF EDUCATION OF THE NORTH HUNTERDON REGIONAL HIGH SCHOOL, *ET ALS.*

October 14, 1975. Petition for certification granted.

ABE BLUMENTHAL & SONS v. TRI-TERMINAL CORPORATION.

October 14, 1975. Petition for certification denied.

LEWIS-CHESTER AGENCY v. GYULA STADTMULLER.

October 14, 1975. Petition for certification denied.

FOBE ASSOCIATES v. MAYOR & COUNCIL & BOARD OF ADJUSTMENT OF THE BOROUGH OF DEMAREST.

October 14, 1975. Petition for certification granted.

ANGELIKA GLANDER v. HACKENSACK GARDENS, INC.

October 14, 1975. Petition for certification denied.

HACKENSACK GARDEN APARTMENTS v. CITY OF HACKENSACK.

October 14, 1975. Petition for certification denied.